UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KAIROS MANFORD PRIVATE EQUITY FUND I L.P., :
:
Petitioner, :
:
-v-                             :    25 Civ. 5866 (JPC)
:
:                ORDER
ZHENG XU, :
:
Respondent. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

On July 17, 2025, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ordered that Petitioner shall file and serve any additional materials with which it intends to support its petition to confirm by September 2, 2025. Respondent's opposition, if any, is due on September 23, 2025. Petitioner's reply, if any, is due September October 7, 2025.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than September 2, 2025, and shall file an affidavit of such service with the court no later than September 3, 2025.

SO ORDERED.

Dated: August 12, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge