**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

KAIROS MANFORD PRIVATE EQUITY FUND I L.P.,

Petitioner,

-against-

ZHENG XU,

Respondent.

-----------------------------------------------------------------X

25 **CIVIL** 5866 (JPC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 15, 2026, the Petition is granted and the Court confirms the Final Award, which incorporates the Partial Final Award, in its entirety. Accordingly, judgment is entered in favor of Petitioner and against Respondent in the amount of $4,185,652.69, plus prejudgment interest in the amount of $480,948.70 at a rate of nine percent per annum from May 9, 2025, to the date that judgment is entered. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date that judgment is entered until payment is made in full and the case is closed.

**Dated**: New York, New York
August 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**