USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

KAIROS MANFORD PRIVATE EQUITY FUND I L.P.,

Petitioner,

-against-

ZHENG XU,

Respondent.

---------------------------------------------------------- x

Civil Action No. 25-cv-05866

**ASSIGNMENT OF JUDGMENT**

Kairos Manford Private Equity Fund I L.P., a British Virgin Islands limited partnership with its principal place of business located at 18101 Von Karman Avenue, Suite 1100, Irvine, California 92612 ("**Assignor**"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby sell, assign, transfer and set over unto Kairos Investment Management Company, LLC, a Delaware limited liability company whose address is 18101 Von Karman Avenue, Suite 1100, Irvine, California 92612 ("**Assignee**"), without recourse or warranty of any kind, all of Assignor's right, title and interest in and to, and arising under and pursuant to, that certain *Judgment* entered in favor of Assignor in the case styled *Kairos Manford Private Equity Fund I L.P. v. Zheng Xu*, Civil Action No. 25-cv-05866 in the United States District Court for the Southern District of New York, on August 18, 2026 [ECF No. 19] (the "**Judgment**"), together with any and all claims, causes of action, liens, remedies, enforcement rights, collection rights and proceeds relating to or arising from the Judgment, including all accrued and accruing post-judgment interest.

The Judgment is attached hereto as **EXHIBIT A.**

IN WITNESS WHEREOF, Assignor has caused this Assignment of Judgment to be duly executed as of the 5th day of October 2026.

KAIROS MANFORD PRIVATE EQUITY FUND I L.P.

By: K-M GP Ltd.,
its Sole General Partner

By: ______________________
Name: Carl Chang
Title: Director

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
COUNTY OF ORANGE )

On October 5, 2026, before me, McKenzie Collins Notary Public personally appeared Carl Chang, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

______________________
Signature of Notary Public

(Seal)

MCKENZIE COLLINS
Notary Public - California
Orange County
Commission # 2524650
My Comm. Expires Jun 24, 2029